AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| ALBERT RUDGAYZER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| YAHOO!, INC. | ) ) ) | CV 12 1399 |
| Defendant | ) | |

E-filing

LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yahoo!, Inc.
701 First Avenue
Sunnyvale, California 94089

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Albert Rudgayzer
305 Broadway
Suite 501
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 20 2012

*CLERK OF COURT*

**HELEN ALMACEN**

Date: _____   _____
*Signature of Clerk or Deputy Clerk*