UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Ave
San Franicsco, CA 94102
_____

Richard W. Wieking  General Court Number
Clerk  415-522-2000

March 28, 2012

RE:  CV 12-01399 LB          ALBERT RUDGAYZER-v- YAHOO!INC.

CLERKS NOTICE

Effective March 20, 2012, Magistrate Judge Laurel Beeler's courtroom and chambers will be located in the Phillip Burton Federal Building and United States Courthouse, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

On or after March 20, 2012, all filings for matters pending on Judge Beeler's docket, all court appearances, and all deliveries of chambers' copies of documents must be made at the San Francisco Courthouse.

The days and times for law and motion calendars and all currently scheduled proceedings remain unchanged.

Please note that all of Judge Beeler's case files will be moved to the San Francisco Courthouse, therefore all cases numbers assigned to her will be changed slightly to reflect the correct venue. Previously, all case numbers started with "4" to indicate the Oakland office (Example: 4:12-cv-12345-LB). As of March 20, 2012, all of Judge Beeler's case files will begin with "3" to indicate the San Francisco office, but everything else will stay the same (Example: 3:12-cv-12345-LB). When e-filing, using the short case number format will always avoid problems when searching for the correct case: 12-12345 (YY-NNNNN).

For information on the San Francisco Courthouse's accessibility, parking, driving directions, public transit, hotels and other helpful links, please visit our website: http://www.cand.uscourts.gov, click on "Court Information" on the right hand side of our main page, then select the San Francisco link under "Address and Jurisdiction." The main telephone number for the San Francisco Division is 415-522-2000.

RICHARD W. WIEKING, Clerk

/s/Lashanda Scott
By: Lashanda Scott, Deputy Clerk